IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(ASHEVILLE DIVISION)

| | |
|---|---|
| IN RE: ) | |
| ) | |
| The Hammocks, LLC ) | Chapter 11 |
| d/b/a Richmond Hill Inn ) | Case No. 09-10332 |
| ) | |
| WILLIAM G. GRAY and the ) | |
| HAMMOCKS, LLC ) | |
| ) | **NOTICE OF HEARING** |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| RICHMOND HILL, INC., ALBERT ) | |
| J. MICHAEL; MARGE MICHAEL ) | |
| and ROBERT BLAND HOLLAND ) | |
| ) | |
| Defendants, ) | |

**PLEASE TAKE NOTICE** that the hearing on Plaintiff's Motion for Remand will be heard before the presiding Federal Bankruptcy Judge of the Western District of North Carolina, Asheville Division, on the 7th day of July, 2009 at 10:00 a.m., at the Asheville Division, 100 Otis Street, Asheville, North Carolina, or as soon thereafter as the Motion can be heard by the Court.

Dated this the 24th day of June, 2009.

ADAMS HENDON CARSON CROW & SAENGER, P.A.

By: s/ Joy G. McIver
Daniel E. Hitchcock
N.C. Bar No. 31949
Email: dhitchcock@adamsfirm.com
Joy G. McIver
N.C. Bar No. 23134
Email: jmciver@adamsfirm.com
Attorneys for Plaintiffs

72 Patton Avenue
PO Box 2714
Asheville, N.C. 28802
Tel. (828) 252-7381
Fax (828) 252-5018

## Certificate of Service

This is to certify that the undersigned has this date served the foregoing Notice of Hearing in the above entitled proceeding upon the parties below by depositing a copy hereof in a post wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service, addressed as flows or as electronically filed and served:

Marjorie Mann
Attorney for Richmond Hill, Inc., Albert J. Michael and
Marge Michael
P.O. Box 7647
Asheville, NC 28802

Robert Bland Holland
P.O. Box 647
Waynesville, NC 28786

David G. Gray
81 Central Avenue
Asheville NC 28801

U.S. Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC 28202-1669

This the 24th day of June, 2009.

                                                    s/ Joy G. McIver
                                                  Joy G. McIver